**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| LAMAR ALLAN JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF ST. LOUIS, et al.,<br><br>          Defendants. | Civil Action No. 4:24-cv-0087-HEA |

**PLAINTIFF'S RESPONSE TO DEFENDANT**
**CITY OF ST. LOUIS' PARTIAL MOTION TO DISMISS**

  Plaintiff Lamar Johnson, through his attorneys, the law firms of Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP, and Morgan Pilate, LLC, in response to Defendant City of St. Louis' Partial Motion to Dismiss voluntarily dismisses Count VII of his Complaint. Plaintiff has brought another claim against Defendant City of St. Louis under Count VIII (a *Monell* Claim), and therefore Defendant City of St. Louis still remains a party in this litigation.

  Dated: May 31, 2024

              Respectfully submitted,

              */s/ Rhianna Rey*
              Emma Freudenberger, NY Bar #4624045*
              Amelia Green, NY Bar #5428412*
              Rhianna Rey, NY Bar #5814066*
              Annie Sloan, NY Bar #5880034*
              *Admitted* pro hac vice
              NEUFELD, SCHECK, BRUSTIN,
              HOFFMANN, & FREUDENBERGER LLP
              200 Varick Street, Suite 800
              New York, NY 10014

T: (212) 965-9081
emma@nsbhf.com
amelia@nsbhf.com
rhianna@nsbhf.com
annie@nsbhf.com

/s/ Lindsay Runnels, MO Bar #62075
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
T: (816) 471-6694
lrunnels@morganpilate.com

*Attorneys for Plaintiff Lamar Johnson*

## **CERTIFICATE OF SERVICE**

I, Rhianna Rey, certify that I electronically filed the foregoing response with the Clerk of Court using the CM/ECF system on May 31, 2024, which will automatically send email notification to all counsel of record.

/s/ Rhianna Rey