**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

LAMAR ALLAN JOHNSON,

Plaintiff,

Civil Action No. 4:24-cv-0087-HEA

v.

CITY OF ST. LOUIS, et al.,

Defendants.

**THE PARTIES' JOINT MOTION SEEKING AN EXTENSION OF PRETRIAL DEADLINES AND THE SEPTEMBER 14, 2026 TRIAL DATE**

1. This case arises out of the arrest, prosecution, and conviction of Plaintiff Lamar Johnson for the 1994 murder of Markus Boyd. Plaintiff alleges that each of the seven individual defendant officers, along with the City of St. Louis, is responsible for causing him to be wrongfully convicted and incarcerated for 28 years. Defendants deny these allegations.

2. Defendants have filed a 44-page brief moving for summary judgment on each of Plaintiff's claims against the individual defendants. The City of St. Louis has also filed its own separate 17-page brief moving for summary judgment on Plaintiff's claims against it. Defendants have also filed four separate *Daubert* motions numbering 46 pages.

3. Given the breadth and volume of Defendants' briefing, and the complexity of the issues raised in those briefs, Plaintiff seeks similar leave as Defendants to exceed the Court's 15-page limitation on briefs. *See* ECF No. 172. Plaintiff requests permission to file a 44-page brief opposing the individual defendants' motion for summary judgment, and a 17-page brief opposing the City of St. Louis's motion for summary judgment. Defendants do not object to this request.

4. Additionally, given the breadth and volume of Defendants' briefing and the complexity of the issues raised in those briefs, Plaintiff seeks to extend Plaintiff's deadline to respond to Defendants' summary judgment motions. Defendants do not object to this request.

5. Furthermore, given the impact an extension would have on other pretrial deadlines and the upcoming trial date, the parties agree that good cause exists to grant a modest extension of those dates as well.

6. The parties agree that additional time to complete summary judgment briefing and pretrial submissions is necessary. Additional time will afford both the parties and the

Court needed time to consider and respond to the complex issues presented in this litigation.

7. Accordingly, the parties jointly propose the following schedule:

   a. Parties shall file opposition briefs to previously filed *Daubert* and summary judgment motions on or before **July 24, 2026**. *See* ECF No. 134.

   b. Parties shall file reply briefs to *Daubert* and summary judgment opposition on or before **August 24, 2026**. *See* ECF No. 134.

   c. On or before **September 21, 2026**, parties shall file and/or exchange motions in limine; trial briefs; joint stipulations of facts; witness lists; exhibit lists; pre-marked exhibits; and designations of deposition testimony, interrogatories, and requests for admission that will be offered into evidence. *See* ECF No. 99.

   d. On or before **September 28, 2026**, parties shall file and/or exchange motion in limine responses; requests for instructions and forms of verdict; and objections/counter designations to deposition designations, interrogatory answers, and requests for admission offered into evidence by opposing parties. *See* ECF No. 99.

   e. Trial in this matter be set for **October 19, 2026**. *See* ECF No. 134.

If the above schedule meets Your Honor's approval, we ask the Court to enter an order adopting this schedule.

Dated: September 4, 2026

/s/ Tony Joe
Emma Freudenberger, NY Bar #4624045*
Amelia Green, NY Bar #5428412*
Tony Joe, NY Bar #5721717*
Elsa Mota, NY Bar #5949474**
**Admitted* pro hac vice
***Pro hac vice motion forthcoming*
NEUFELD, SCHECK, BRUSTIN, HOFFMANN, & FREUDENBERGER LLP
200 Varick Street, Suite 800
Lindsay Runnels, MO Bar #62075
MORGAN PILATE LLC
926 Cherry Street
Kansas City, MO 64106
T: (816) 471-6694
lrunnels@morganpilate.com
*Attorneys for Plaintiff Lamar Johnson*

/s/ Natalie Y. Adeeyo

Natalie Y. Adeeyo
Rebecca Vossmeyer
Kate Getty
NATHAN & KAMIONSKI LLP
4220 Duncan Avenue
Suite 201 St. Louis, MO 63110
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Tony Joe, certify that I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system on September 4, 2026, which will automatically send email notification to all counsel of record.

/s/ *Tony Joe*